PD-0716-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/15/2015 6:06:19 PM
Accepted 7/17/2015 2:31:49 PM
ABEL ACOSTA
CLERK

PD-0716-15

NO. 02-14-00075-CR

| | | |
|---|---|---|
| RUTH PIN ROGMAD, APPELLANT | § | IN THE COURT OF |
| | § | |
| VS. | § | OF CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS, APPELLEE | § | STATE OF TEXAS |

## MOTION FOR SECOND EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

Comes now, RUTH PIN ROGMAD, and files this her second motion for an extension of 15 days in which to finalize and file Petition for Discretionary Review. The Court has previously granted one extension to July 15, 2015 and counsel requests 15 days or to July 30, 2015. In support of this motion, Appellant shows the court the following:

I.

Appellant was convicted on January 28, 2014 in the 415th Judicial District Court of Parker County, Texas of the offense of Possession of Marihuana of five pounds or less, but more than four ounces in Cause No. CR12-0294, styled "STATE OF TEXAS vs. RUTH PIN ROGMAD."

Motion for Second Extension of Time to File
Petition for Discretionary Review
Page 1

FILED IN
COURT OF CRIMINAL APPEALS

July 17, 2015

ABEL ACOSTA, CLERK

Appellant was assessed a punishment of 24 months in a state jail facility, along with a fine of $10,000, also assessing court costs. The appeal in this cause was perfected on February 28, 2014.

## II.

The Court of Appeals for the Second District of Texas, filed its opinion confirming the trial court's conviction on May 14, 2015. The deadline to file the Petition for Discretionary Review is July 15, 2015. This is the second request for an extension to file Petition for Discretionary Review.

## III.

Appellant's request for an extension is based upon the following facts:

1. Counsel has been unable to obtain the Clerk's Record from Appellant's prior attorney on appeal. Counsel has confirmed, with the Parker County District Clerk's office, that the Clerk's trial record in this matter is still checked out to Appellant's prior counsel on appeal, the Honorable David Richards. Mr. Richards has indicated difficulty in locating

these documents, as former counsel had put the documents in storage, and has been unable to locate them.

2. The Clerk's office advises that a second record cannot be produced because of a change in computer software.

3. Counsel is attempting to obtain a copy of the record from the Second Court of Appeals to utilize in finalizing the petition.

WHEREFORE, Appellant prays that the Court grant the requested extension of time to file the petition for Discretionary Review.

Respectfully submitted,

By: /s/ Judith Mattern Hearn
    Judith Mattern Hearn
    State Bar No. 00795504
    Attorney for Ruth Pin Rogmad

JUDITH MATTERN HEARN
20710 South Highway 281
P.O. Box 156
Lipan, Texas 76462
Telephone:   (254) 646-3700
Facsimile:   (254) 646-3704

SUBSCRIBED AND SWORN TO BEFORE ME ON July 15, 2015.

NEVA J. TAYLOR
Notary Public, State of Texas
My Commission Expires
March 30, 2019

Notary Public, State of Texas

Motion for Second Extension of Time to File
Petition for Discretionary Review
Page 3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above-entitled and numbered motion has been served on the Attorney for the State of Texas, by delivering a true and correct copy of the same via first class mail, postpaid, by depositing the same in an official depository under the care and custody of the United States Postal Service, properly wrapped and addressed to: Mr. Eddie Lewellen, Parker County Assistant District Attorney, 117 Fort Worth Highway, Weatherford, Texas 76086 and to the Appellant, Ruth Pin Rogmad, via first class mail, in care of Victory Temple Ministries, 2517 Loving Avenue, Fort Worth, Texas 76164, on the 15 day of July, 2015.



/s/ Judith Mattern Hearn

JUDITH MATTERN HEARN

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point for text and 12-point for footnotes. This document also complies with the word-count limitations of Tex. R. App. P. 9.4(i), if applicable, because it contains 346 words, excluding any parts exempted by Tex. R. App. P. 9.4(i)(1).



/s/ Judith Mattern Hearn

JUDITH MATTERN HEARN